RECEIVED

NOV - 1 2011

TONY R. MOORE, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

INEZ HYATT, DBA HYATT STUDIOS
A RESIDENT OF LOUISIANA

versus

CIVIL ACTION NO. 11-0553
JUDGE TOM STAGG

WALGREEN CO., AN ILLINOIS
CORPORATION, AND ITS SUBSIDARY
WALGREEN LOUISIANA CO., INC.

## JUDGMENT

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that the motion to dismiss filed by the defendant (Record

Document 9) is **GRANTED**.  All claims by the plaintiff, Inez Hyatt, d/b/a Hyatt

Studios, against the defendant are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the _1st_ day

of November, 2011.

_____
JUDGE TOM STAGG